# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
December 3, 2015

In re:

    Dauntless Construction, LLC

                      Debtor*

Case Number: 15–22094 amn
Chapter: 7

**DEFICIENCY NOTICE AND NOTICE OF HEARING TO
SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

The above referenced case was commenced on 12/3/15 (hereafter, the "Petition Date") with the Petition Date Deficiencies below.

**PETITION DATE DEFICIENCIES**

(Required to be filed on Petition Date but not filed or filed incorrectly as indicated by check mark)

☐ *Voluntary Petition (Official Form B101 for Individuals or Form B201 for Non–Individuals)

☐ *Statement of Social Security Number (Official Form B121)

**ADDITIONAL DOCUMENTS NOT FILED TO DATE BUT REQUIRED TO BE
FILED WITHIN FOURTEEN DAYS OF PETITION DATE**

(Not filed to date or filed incorrectly as indicated by check mark)

NOTICE is hereby given, that the additional documents listed hereafter, and not filed to date, must be filed with the Court within 14 days of the Petition Date, as required by Bankruptcy Code Sections 521 and 1321, and Bankruptcy Rules 1007 and 3015, inter alia

☐ *Schedules A/B, C, D, E/F, G, H, I, J (Official Forms B106A/B–B106J2 for Individuals, Forms B206A/B–B206H for Non–Individuals)

☐ *Summary of your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum for Individuals, Form B206Sum for Non–Individuals)

☐ *Statement of Financial Affairs (Official Form B107 for Individuals, Form B207 for Non–Individuals)

☑ *Attorney's Disclosure of Compensation (Directors Form B2030)

☐ Credit Counseling Certificate (See 11 U.S.C. §521 (b)(1)), Motion for Determination of Exigent Circumstances (See §109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)). See Bankruptcy Rules 1007(b) and (c).

☐ *Chapter 7 Statement of your Current Monthly Income and Means–Test Calculation (Chapter 7 Individuals Only)(Official Forms B122A–1supp, B122A–2)

☐ *Chapter 11 Statement of your Current Monthly Income (Chapter 11 Individuals only) (Official Form B122B)

☐ *Chapter 13 Statement of your Current Monthly Income and Calculation of Commitment Period and Chapter 13 Calculation of your Disposible Income (Chapter 13 only) (Official Forms B122C–1, B122C–2)

☐ *Bankruptcy Petition Preparers Notice Declaration and Signature (Official Form B119)

☑ Other **Statement of Corp. Ownership**

Documents not filed to date but required to be filed within thirty days of Petition Date (not filed to date or filed incorrectly as indicated by checkmark)

☐ *Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108)

**OUTDATED FORMS USED**

☑ Form(s) submitted on 12/3/2015 is/are outdated. The correct form(s) is dated 12/15

**Notice is further given** that the failure to file the above Listed Additional Documents within the specified time frame of the Petition Date may result in the dismissal of your case, including, inter alia, a dismissal following the hearing scheduled below, and/or an automatic dismissal pursuant to §521(i)(1) effective on the forty−sixth day following the Petition Date. The §521(i)(1) automatic dismissal is subject to the debtor's right under §521(i)(3) to request no later than forty−five days following the Petition Date an extension of time upon justification, which extension may not exceed an additional forty−five days. If your forms are outdated, please resubmit on the current version of the form.

**HEARING TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED**

Please take NOTICE that a hearing will be held on **1/14/16 at 09:30 AM, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103,** at which time the Debtor shall have opportunity to appear and show cause as to why the case should not be dismissed, or other prejudice imposed for (i) the Petition Date Deficiencies as indicated above, if any, (ii) the failure to timely file any additional Document(s) required to be filed within fourteen days of the petition date, or as otherwise required by the Bankruptcy Code § 1321 and Bankruptcy Rules 1007 and 3015, or (iii) failure to file current version of forms, as otherwise required by the Bankruptcy Code and/or Rules.

*Indicates the form is available on our website www.ctb.uscourts.gov

Dated: December 3, 2015

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Acting Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 – ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.