**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DAUNTLESS CONSTRUCTION, LLC | : | |
| | : | Case No. 15-22094 |
| DEBTOR | : | |
| | : | December 16, 2015 |

**APPEARANCE**

Please enter the appearance of Carl T. Gulliver for Connecticut Lending Partners, LLC, in the above-captioned proceeding.

BY: /s/   Carl T. Gulliver
Carl T. Gulliver
Federal Bar No. ct00944
 Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT  06511
(203)624-4756
(203)865-3673  FAX
cgulliver@coanlewendon.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DAUNTLESS CONSTRUCTION, LLC | : | |
| | : | Case No. 15-22094 |
| DEBTOR | : | |
| | : | December 16, 2015 |

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 16, 2015, the foregoing appearance was served by the Court's CM/ECF service on the Chapter 7 Trustee, the Office of the United States Trustee, all other appearing parties qualified to received electronic notice and via First Class Mail, postage prepaid on all creditors as follows:

CT Lending Partners

Att: David B. Rubin
1127 High Ridge Road # 202
Stamford, CT 06905


Danielle Martin
9 Dogwood Ln.
Simsbury, CT 06070


Lyon & Billard Lumber Co.

Att: President, General Partner or Managing member
38 Gypsy Lane
Meriden, CT 06450


Timothy Martin
9 Dogwood Lane
Simsbury, CT 06070

                                                   BY: /s/   Carl T. Gulliver
                                                   Carl T. Gulliver
                                                   Federal Bar No. ct00944
                                                   Coan, Lewendon, Gulliver & Miltenberger, LLC
                                                   495 Orange Street
                                                   New Haven, CT  06511
                                                   (203)624-4756
                                                   (203)865-3673  FAX
                                                   cgulliver@coanlewendon.com