# UNITED STATES BANRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | CASE NO. 15-22094 |
| | ) | |
| DAUNTLESS CONSTRUCTION, LLC, | ) | CHAPTER 7 |
| | ) | |
|     Debtor | ) | DECEMBER 18, 2015 |
| | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on December 18, 2015, the Appearance of Thomas A. Gugliotti on behalf of creditor Connecticut Lending Partners, LLC was electronically filed.  Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings.  The undersigned did cause to be sent, via U.S. Mail, first-class, postage prepaid, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed on the Notice of Electronic Filings and as listed below.  Parties may access this filing through the court's CM/ECF case management system.

**15-22094 Notice will be electronically mailed to:**

Thomas A. Gugliotti on behalf of Creditor Connecticut Lending Partners, LLC
tgugliotti@uks.com

Carl T. Gulliver on behalf of Creditor Connecticut Lending Partners, LLC
cgulliver@coanlewendon.com

Bonnie C. Mangan
Trusteemangan@yahoo.com, ct19@ecfcbis.com;sherry.kelsey@manganlaw.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**15-22094 - Notice will be sent via U.S. Mail, postage prepaid, on this 18th day of December, 2015 to the following parties:**

**DEBTOR:**

Dauntless Construction, LLC
9 Dogwood Lane
Simsbury, CT  06070

**TRUSTEE:**

Bonnie C. Mangan
Law Office of Bonnie C. Mangam
1050 Sullivan Avenue
Suite A3
South Windsor, CT  06074

**U.S. TRUSTEE:**

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street/Rm 302
New Haven CT 06510

Dated at Hartford, Connecticut this 18th day of December, 2015.

By:___/s/ Thomas A. Gugliotti_____
      Thomas A. Gugliotti, Esq.
      Federal Bar No. ct05288
      Updike, Kelly & Spellacy, P.C.
      100 Pearl Street, 17th Floor
      P.O. Box 231277
      Hartford, Connecticut 06123-1277
      Tel. (860) 548-2661
      Fax. (860) 548-2680
      tgugliotti@uks.com
      *Counsel to Connecticut Lending Partners, LLC*

1150653