## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re: Dauntless Construction, LLC ) | |
| ) | |
|     Debtor. ) | Case No. 15-22094 (AMN) |
| ) | |
| ) | |
| Connecticut Lending Partners, LLC ) | Chapter 7 |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Adv. Proc. No. _____ |
| ) | |
| Timothy Martin and ) | |
| Bonnie Mangan, Trustee ) | |
| ) | |
|     Defendants ) | |
| ) | February 12, 2016 |

### COMPLAINT RE: AVOIDANCE OF LIEN

Connecticut Lending Partners, LLC, ("**CLP**") by and through its undersigned attorneys, hereby files this Complaint against Timothy Martin ("**Martin**"), an insider of the Debtor, Dauntless Construction, LLC ("**Debtor**"), seeking to avoid and to declare null and void a certain mechanic's lien filed by Martin against real property owned by the within Estate, which lien purports to prime the mortgage interest held by CLP.

### Parties

1.    CLP is a limited liability company formed and existing under the laws of the State of Connecticut, having an address of 1127 High Ridge Road, #202, Stamford, Connecticut.

2.  Defendant Timothy Martin is an individual, who resides at 9 Dogwood Lane, Simsbury, Connecticut.

3.  Prior to the filing of the within petition, the Debtor was the record owner of real property, known as 9 Dogwood Lane, Simsbury, Connecticut (the "**Property**"), which property now comprises part of the within estate.

4.  Martin is the sole member of the Debtor.

5.  Bonnie Mangan ("**Mangan**") was duly appointed, qualified and continues to serve as the Trustee in this Chapter 7 proceeding

6.  The Debtor filed its original petition for relief under Title 11 of the United States Code (the "Bankruptcy Code") on December 3, 2015 (the "Bankruptcy Case").

## Jurisdiction & Venue

7.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1334(b) and 28 U.S.C. § 157(b).

8.  This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).

9.  Venue is proper in this District pursuant to 28 U.S.C. § 1409 because this proceeding arises under a bankruptcy case pending in this District.

## Factual Background and Claim

10. The Debtor is a Connecticut limited liability company, which Debtor held the record title interest in the Property prior to its filing the within Bankruptcy Case.

11. Martin is the sole member of the Debtor.

12. CLP is the holder of a mortgage interest in the Property, pursuant to a Commercial Promissory Note dated December 2, 2011 in the original amount of $185,000 (the "Note") and a Mortgage Deed, dated the same day and recorded on December 5, 2011, in Volume 825 at Page 330 of the Simsbury Land Records.

1194021

13. On or about October 30, 2011, Martin caused to be recorded a mechanic's lien against the Property, in Volume 894 at Page 422 of the Simsbury Land Records, in the alleged amount of $300,000 (the "Mechanic's Lien").

14. The Mechanic's lien purports to claim or assert a priority over the Mortgage of CLP.

15. The Mechanic's Lien is invalid, void and of no effect under applicable law.

16. The claim of Martin, if any, in this Bankruptcy Case is an unsecured claim only.

17. It is contemplated that the Trustee will sell the Property as an asset of this estate.

18. In order for the Trustee to then properly distribute the proceeds of such sale, the validity and enforceability of the Mechanic's Lien needs to be determined by this Court.

**WHEREFORE, CLP** claims a finding, judgment or order:

1. Determining that the Mechanic's Lien is invalid, null and void;

2. Such other and further relief as at law or in equity may pertain.

Dated at Hartford, Connecticut, this 12th day of February, 2016.

**PLAINTIFF,
CONNECTICUT LENDING
PARTNERS, LLC**

By: */s/ Thomas A. Gugliotti*
    Thomas A. Gugliotti, Esq.
    Federal Bar No. ct05288
    UPDIKE, KELLY & SPELLACY, P.C.
    100 Pearl Street, P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. (860) 548-2600
    Fax. (860) 548-2680
    email: tgugliotti@uks.com

1194021