# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
March 11, 2016

In re:

    Dauntless Construction, LLC

                        Debtor*

Case Number: 15–22094 amn
Chapter: 11

## ORDER DENYING MOTION/APPLICATION FOR FAILURE TO COMPLY WITH CONTESTED MATTER PROCEDURE

Gary Greene (the "Movant") having filed a/an Motion to Sell Free and Clear of Liens , ECF No. 41, not in compliance with this court's contested matter procedure in effect as of November 9, 2015,

It is hereby ORDERED, that the Motion to Sell Free and Clear of Liens is DENIED for the following reason(s):

☐ Contested Matter Procedure Not Followed

☐ Deficient Certificate of Service (Not in compliance with Bankruptcy Rule 7004)

☐ Deficient Response Deadline

☐ Motion/Application Not in Compliance with Local Bankruptcy Rule 9013 and Bankruptcy Rule 7010

*Revised Notice regarding Contested Matter Response Date was not used. Notice was revised on February 29,2016.

Dated: March 11, 2016

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 144 – ts

*For the purposes of this order, "Debtor" means "Debtors" where applicable.