UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

IN RE:

Dauntless Construction, LLC

               Debtor

---

Dauntless Construction, LLC

               Movant

v.

Connecticut Lending Partners,
Lyon & Billard Lumber,
Erik Layton,
Timothy Martin, and
Bonnie Mangan, Chapter 7 Trustee

               Respondents

---

Case No. 15-22094amn

Chapter 11 (Converted)

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

Dauntless Construction, LLC (the "Movant"), has filed a Motion to Shorten Time to File Proof of Claim (the "Contested Matter") in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than **March 25, 2016**. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102 (1).

DATED: March 11, 2016                        Dauntless Construction, LLC

                                                By:   */s/ Gary J. Greene*
                                                       Gary J. Greene, Esq. (ct09039)
                                                       Greene Law, P.C.
                                                       11 Talcott Notch Rd.
                                                       Farmington, CT 06032
                                                       860.676.1336 (t)
                                                       860.676.2250 (f)
                                                       Its Attorney
                                                       bankruptcy@greenelawpc.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

Dauntless Construction, LLC

Debtor

Case No. 15-22094 (AMN)

Chapter 11 (converted)

**MOTION FOR ORDER SHORTENING TIME TO FILE PROOF OF CLAIM**

Pursuant to F.R.Bk.P. 9006(c), Dauntless Construction, LLC, the Debtor and Debtor-in-Possession herein, by and through its undersigned counsel, hereby moves for an order shortening the deadline for a creditor to file a proof of claim, and represents as follows:

1. On December 3, 2015, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Upon motion of the Debtor, on February 17, 2016, the Court entered an order converting this case to a case under Chapter 11 (ECF No. 26).

3. The Debtor is the owner of real property located at 9 Dogwood Lane, Simsbury, Connecticut (the "Property").

4. The Debtor is filing contemporarily herewith a motion to sell the Property free and clear of all liens pursuant to 11 U.S.C. § 363 and F.R.Bk.P. 6004 ("Motion to Sell").

5. The Debtor seeks to sell the Property to a buyer who is ready, willing and able to close on the Property within thirty (30) says of the Court approving the Motion to Sell.

6. The deadline for a party in interest to respond to the Debtor's Motion to Sell has been affixed at April 1, 2016.

7. The current deadline for creditors to file proofs of claim is June 6, 2016.

8.    It may be necessary for the Debtor to (1) file one or more proofs of claims on behalf of prospective creditors pursuant to F.R.Bk.P. 3004, and (2) object to one or more filed claims.

9.    In order for the Debtor to retain the interest of the prospective purchaser, it is necessary for the time in which a creditor is to file a proof of claim be shortened.

WHEREFORE, the Debtor requests that the Court enter an order pursuant to F.R.Bk.P. 9006(c), shortening the time in which a creditor is to file a proof of claim to April 30, 2016.

DATED: March 11, 2016                         Dauntless Construction, LLC

                                               By:    */s/ Gary J. Greene*
                                               Gary J. Greene, Esq. (ct09039)
                                               Greene Law, P.C.
                                               11 Talcott Notch Rd.
                                               Farmington, CT 06032
                                               860.676.1336 (t)
                                               860.676.2250 (f)
                                               Its Attorney
                                               bankruptcy@greenelawpc.com

2

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

Dauntless Construction, LLC

                Debtor

Case No. 15-22094 (AMN)

Chapter 11 (converted)

### ORDER GRANTING MOTION FOR ORDER SHORTENING TIME TO FILE PROOF OF CLAIM

Upon motion of the Debtor seeking an order, pursuant to F.R.Bk.P. 9006(c), shortening the deadline for a creditor to file a proof of claim, and the same having been heard by the Court, it is hereby **ORDERED**:

The deadline in which a creditor is to file a proof of claim is hereby shortened to April 29, 2016.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____

In Re:                                              Chapter 11 (Converted)

Dauntless Construction, LLC                         Case No. 15-22094

        Debtor

_____

## CERTIFICATION OF SERVICE

I hereby certify that on **March 11, 2016, the Debtor's Motion to Shorten Time to File Proof of Claim** was filed electronically and it was served on March 11, 2016 by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System. Notice was sent electronically to the following:

Thomas A. Gugliotti on behalf of Creditor Connecticut Lending Partners, LLC
tgugliotti@uks.com

Carl T. Gulliver on behalf of Creditor Connecticut Lending Partners, LLC
cgulliver@coanlewendon.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

I further certify that a copy of the foregoing was mail, via first class mail, postage prepaid, to the following:

Chester J. Bukowski, Jr.
17 Cherry Tree Lane
Avon, CT 06001

Dauntless Construction, LLC
9 Dogwood Lane
Simsbury, CT 06070

Bonnie Mangan, Esq.
Westview Office Park
Suite A3

South Windsor, CT 06074

Erik Layton
34 1/2 Tunxis Avenue
Bloomfield, CT 06002

Lyon & Billard Co.
38 Gypsy Lane
Meriden, CT 06450

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

State of Connecticut
Department of Revenue Services
PO Box 2936
Hartford, CT 06104

DATED: March 11, 2016                    Dauntless Construction, LLC

                                         By:    */s/ Gary J. Greene*_____
                                                Gary J. Greene, Esq. (ct09039)
                                                Greene Law, P.C.
                                                11 Talcott Notch Rd.
                                                Farmington, CT 06032
                                                860.676.1336 (t)
                                                860.676.2250 (f)
                                                Its Attorney
                                                bankruptcy@greenelawpc.com